1              UNITED STATES DISTRICT COURT

2          WESTERN DISTRICT OF NORTH CAROLINA

3              ASHEVILLE DIVISION

4

5   UNITED STATES OF AMERICA

**ORIGINAL**

6

7   v.                    1:16-cr-6-MOC-DLH-1

8

9   BENJAMIN ERNEST JOHNSON

10

11

12       TRANSCRIPT OF SENTENCING PROCEEDINGS

13         NOVEMBER 8, 2016 at 2:00 p.m.

14         HONORABLE MAX O. COGBURN, JR.

15

16   APPEARANCES:
     On behalf of the Government.:
17   OFFICE OF THE UNITED STATES ATTORNEY
     DAVID A. THORNELOE, ESQ.
18   100 Otis Street, Room 233
     Asheville, NC 28801-0000
19
     On behalf of the Defendant.
20   COREY B. ATKINS, ESQ.
     120 College Street,
21   Asheville, NC 28801 USA

22

23

24   Court Reporter:  Randi Garcia

25   Stenograph with Computer Aided Transcription

www.huseby.com       Huseby, Inc.  Regional Centers       800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM   Document 45   Filed 02/10/17   Page 1 of 59

1          ******PROCEEDINGS******

2          THE COURT:  United States versus

3     Benjamin Ernest Johnson.  Is the defendant

4     ready?

5          MR. ATKINS:  We are, Your Honor.

6          THE COURT:  Is the government ready?

7          MR. THORNELOE:  We are, Your Honor.

8     Thank you.

9          THE COURT:  All right.  If you would,

10    Mr. Johnson, please stand.

11         Mr. Johnson, you're called appearing

12    before the United States Magistrate Judge

13    for purposes of entering a plea of guilty

14    in this case.

15         MR. JOHNSON:  Uh-huh.

16         THE COURT:  I need you to answer

17    verbally, please.

18         MR. JOHNSON:  Yes, your Honor.

19         THE COURT:  Do you remember being

20    placed under oath at that time?

21         MR. JOHNSON:  Yes, your Honor.

22         THE COURT:  Do you remember answering

23    the questions of the Judge?

24         MR. JOHNSON:  Yes, your Honor.

25         THE COURT:  Do you remember signing a

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 2 of 59

1  plea transcript form when you stated that

2  the answers you gave the judge that day

3  were true and accurate to the best of your

4  knowledge?

5      MR. JOHNSON:  Yes, your Honor.

6      THE COURT:  The questions you were

7  asked by the judge, did you answer those

8  truthfully?

9      MR. JOHNSON:  Yes, your Honor.

10     THE COURT:  If I were to ask you the

11 same questions today, would your answers

12 be the same?

13     MR. JOHNSON:  Yes, your Honor.

14     THE COURT:  Thank you.

15     Counsel, do you believe your client

16 understood fully the questions that the

17 Magistrate Judge asked at the Rule 11

18 Hearing?

19     MR. ATKINS:  I do, Judge Cogburn.

20 Thank you.

21     THE COURT:  Mr. Johnson, did you

22 answer the questions the ways you did, and

23 are you going forward with your guilty

24 plea today because you did commit the

25 crime you are pleading guilty to?

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 3 of 59

1      MR. JOHNSON:  Yes, your Honor.

2      THE COURT:  Based upon those

3  representations and the answers given by

4  the defendant in the Rule 11 Hearing

5  before the Magistrate Judge, the Court

6  affirms the judge's finding that the

7  defendant's plea was knowingly and

8  voluntarily made.

9      The Court also affirms the judge's

10  findings that the defendant understood the

11  charges for the potential penalties and

12  the consequences of his plea.

13      Accordingly, the Court affirms the

14  Magistrate Judge's acceptance of the

15  defendant's plea of guilty at the Rule 11

16  Hearing and accepts the same here today.

17      Mr. Thorneloe, does the government

18  have a factual basis?

19      MR. THORNELOE:  Yes, your Honor.  The

20  government asks the Court to accept the

21  factual basis that is stated in the

22  presentencing report.

23      THE COURT:  What says the defense

24  about that stipulation?

25      MR. ATKINS:  Yes.  Your Honor, we

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 4 of 59

1  agree with that.

2       THE COURT:  Based upon that

3  stipulation and the offense conduct as set

4  forth in the presentence report, the

5  defendant's plea of guilty before the

6  Magistrate Judge and defendant's admission

7  in open Court today, the Court finds

8  there's a factual basis for the entry of

9  the plea of the guilty and enters a

10 verdict and judgment of guilty in this

11 case.

12      Now, Mr. Johnson, your case was

13 referred to the United States Probation

14 Office for a presentence investigation, in

15 preparation of that presentence report.

16 The Court has now received that report.

17      Have you read that report?

18      MR. JOHNSON:  Yes, sir.

19      THE COURT:  Have you gone over that

20 report with your attorney?

21      MR. JOHNSON:  Yes, sir.

22      THE COURT:  Do you now believe you

23 understand the contents of that report?

24      MR. JOHNSON:  Yes, your Honor.

25      THE COURT:  Counsel, have you gone

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 5 of 59

1  over that report with you client and do

2  you believe he understands the contents of

3  that report?

4       MR. ATKINS:  I have, and I do, your

5  Honor.

6       THE COURT:  Thank you.

7       Are there any objections to the

8  presentence report which remain

9  outstanding today?

10       MR. ATKINS:  Your Honor, the

11  government noted in the memo they filed

12  yesterday that we will be withdrawing most

13  of our objections, particularly as we had

14  upon a factual basis as relates to who the

15  government has termed Child Victim Number

16  2.

17       Benjamin, at this point in time,

18  would like to just accept responsibilities

19  for his actions and move on.  He doesn't

20  feel the need to prolong this hearing any

21  longer than necessary; expose the victim

22  or the Court to any furtherance of detail

23  within that matter.

24       Your Honor, I do think, upon

25  discovery review there is ample evidence

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 6 of 59

1  to support the statements in the factual

2  basis as presented to the Court.  We will

3  withdraw our objections as to that, your

4  Honor.

5       However, I would like to still be

6  heard on objection number eight as relates

7  to the Chapter 41.5 Section B enhancement

8  at the appropriate time.

9       THE COURT:  All right.

10      MR. ATKINS:  May my client sit down?

11      THE COURT:  Yes, sir.

12      MR. ATKINS:  Judge, I think once

13  we've withdrawn our objections to evidence

14  as relates to CV2, there certainly is the

15  opening and the commentary from that

16  guideline that allows for the probation

17  office to include that in enhancement for

18  Mr. Johnson's guidelines sentence.

19      I do think it also allows the Court

20  to legally use that.  I don't believe the

21  government objects to use of that and

22  probably would agree with it, your Honor.

23      However, I would direct the Court's

24  attention to the language of the actual

25  guideline, 4B1.5 section (b) little 2.  It

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 7 of 59

1   says in the description of occasion of

2   prohibited sexual conduct, that an

3   occasion of prohibited sexual conduct may

4   be considered for the purpose of this

5   subsection.

6        And your Honor, I think the way that

7   the government and the probation office

8   got to using this for Benjamin, has no

9   record whatsoever, is that if the conduct,

10  as relates to CV2 is taken into

11  consideration, that it would be considered

12  another occasion of prohibited sexual

13  conduct different from the instant offense

14  which he pled to, which is the coercion

15  and enticement of a minor, the first CV1,

16  your Honor.

17       I think that that language, your

18  Honor, along with the language at the

19  bottom, if you look under background, it

20  says, this guideline applies to offenders

21  who, in the instance offense and

22  conviction is a sex offense committed

23  against a minor.  Obviously, that applies

24  here, your Honor.  However, it does say

25  "and", not either or, but "and who present

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 8 of 59

1  a continuing danger to the public," Judge.

2      I think all things taken into

3  consideration, may is not shall.  May is

4  not must.  May is not should.

5      It is that the Court can apply this

6  guideline if the Court feels that Benjamin

7  is a continuing danger to the public,

8  Judge.  I just don't think that is the

9  case here.

10     I don't think it is an appropriate

11  time to bring my objection and go through

12  my entire sentencing memorandum.  However,

13  I do think that the fact the incident is

14  four years old, has never committed an

15  offense of this nature, obviously will not

16  be a Navy recruiter once he's finished

17  with this term of incarceration, as well

18  as all the commendations he received, the

19  letters you saw from his family and

20  friends in the Navy, all would lend the

21  Court the conclusion, and by the

22  preponderance of the evidence, I think the

23  Court will be able to find that he will

24  not be a continuing danger to the public

25  once released, Judge.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 9 of 59

1       So I don't think it's a necessary

2   guideline.  I think it's a little bit of

3   overkill in this particular case.  I think

4   the nature and the purpose of this law,

5   and this guideline, as issued by the

6   sentencing commission was to further

7   punish sex offenders who were not getting

8   it the first time.  So maybe the guideline

9   didn't take into account certainly the

10  statutory maximum and minimums, Judge,

11  that are pretty severe in these kinds of

12  cases.  But someone commits these crimes,

13  goes back out into the community and

14  society and decides to commit them again

15  and can't stop themselves, this guideline

16  is to say, not only are you subject to the

17  increased statutory minimums or maximums,

18  your Honor, but you're also going to be

19  sentenced to the guidelines much higher

20  because you obviously are not getting it.

21  You obviously -- the incarceration first

22  time around wasn't good enough.

23      So here is an additional enhancement

24  to your sentence, whatever that person's

25  criminal history may be.

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 10 of 59

1    We don't think it applies in this

2    case.  I don't think Ben is a repeat and

3    dangerous offender, whatsoever, Judge.  We

4    would hope the Court would not consider

5    that when considering -- when fashioning

6    his guideline range for this sentence.

7         THE COURT:  All right.  Let me hear

8    from the government.

9         MR. THORNELOE:  Your Honor, we think

10   it does apply.  Sometimes there will be

11   cases where the conduct is more egregious

12   than others, obviously.  I hope this

13   won't -- this probably is not the most

14   egregious case you will ever see or have

15   seen.

16        We're are saying that the occasion of

17   prohibited sexual conduct may be

18   considered.  I think, really, all that is

19   saying is the -- the language that follows

20   are situations that don't preclude it from

21   being considered.  So all it is saying is

22   it doesn't matter that it didn't have a

23   conviction.  It doesn't matter that it

24   occurred during the instant -- of the

25   current conviction.  These are still

www.huseby.com          **Huseby, Inc.  Regional Centers**          800-333-2082
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 11 of 59

1    things that make it eligible for

2    consideration.  Perhaps there would be

3    something else that would knock it out for

4    consideration for some other reason.  It

5    doesn't -- but the specific category of

6    offenses that are eligible for

7    consideration.  But production of child

8    pornography is clearly stated that that is

9    the type of offense to be considered.

10        Frankly, Your Honor, CV -- the

11   offense of CV2 are not really that much

12   different than the offense of a CV1.  And

13   we should consider offenders who have done

14   an offense twice, or have had more than

15   just one moment of indiscretion, to be

16   worse than offenders who have just had

17   this one particular instance of

18   regrettable conduct.

19        You're right, your Honor, he didn't

20   get intercepted by law enforcement between

21   these events.  But, still, it

22   distinguishes him from other offenders who

23   only committed one offense.  So we think

24   it is properly applied, though.

25        THE COURT:  It appears to technically

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 12 of 59

1  fit exactly what the government is talking
2  about.  It's -- it's -- there are two
3  separate incidents in here which form a
4  pattern and barely -- it barely meets
5  that.
6      In fact, as it turns out in here,
7  based on the factual basis, talking about
8  the offense, apparently, it's one of the
9  victims you're already producing, and
10  sent -- and sent already-produced
11  materials, I'm sure, which realizes that
12  there's some of that going on in high
13  school, but it does technically fit that.
14  And this is a serious matter.  I mean, the
15  facts in the situation are very, very
16  serious.
17      Courts have always been concerned
18  where there is actually something going on
19  between a defendant in a child pornography
20  case as opposed to where all the evidence
21  is there, although, there is some concern,
22  that there is activity also, but when the
23  evidence is there, we don't convict in
24  this country on maybe there.  We don't
25  convict in this country on it possibly,

www.huseby.com          **Huseby, Inc.  Regional Centers**          800-333-2082
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 13 of 59

1  might be there.

2      The Court is not going to always do

3  the heavy lifting for the government.

4  They can always charge someone and find

5  them guilty beyond a reasonable doubt as

6  opposed to having the Court make these

7  findings.

8      But based on what the facts are

9  herein, it would appear this is going to

10  fit the conduct -- the conduct here fits

11  the five-level enhancement.  So although

12  it barely -- it is -- there is not a up to

13  five, or an under five, or whatever.  It

14  jumps to five.  So if the Court thinks

15  anything on there -- there is also, we

16  have the two-level for the computer, which

17  if there's ever been a case brought in the

18  last 10 years that didn't involve a

19  computer, I'd like to know about it, at

20  least in this district.  You can't have

21  an -- at least nobody is going after them

22  without a computer.

23      Back when I first was a prosecutor we

24  had mailings.  People were mailing stuff.

25  I did prosecute one of these from stuff

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 14 of 59

1  that was mailed, United States Mail.  So

2  now it is all in computers now.

3       So I'm going to overrule the

4  objection.  I understand the "may", but I

5  think the Court has to look and see if

6  there is anything the Court is going to do

7  in this particular case under these fact

8  situations.

9       It results in a huge sentence.  I

10  mean, the five-level makes the correct

11  guideline range -- and I will note the

12  objection of the defendant -- goes from 35

13  to 40, after you take off three levels for

14  acceptance.  And with a criminal history

15  category of one, the lowest criminal

16  history category you have, it's 292 to 365

17  months, which is roughly getting close to

18  25 to 30 years.  That is a long sentence.

19  But it's very dangerous where there is

20  this kind of contact.

21       So I'm going to find that that is the

22  proper guideline range, and want to hear

23  arguments on what I should do based on

24  that.  And Mr. Thorneloe is technically

25  correct.  I read everything in here, and

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 15 of 59

1    read over again.  Took a little more deep

2    look at it.  Based on the objection and

3    talking here today and trying to look back

4    over it, with the idea of this production.

5    These are people that normally -- I keep

6    wondering if we're going to get in here

7    the guys that are producing all this stuff

8    that's on the internet.  I mean, it's

9    awful.  It's send-in-the-drones awful.

10   It's awful stuff.  I'd love to -- I hope

11   someday someone will find one of those

12   people that produces all the horrible

13   stuff that we have.

14        This is really -- I don't know --

15   this is not big-time production, but it

16   fits the technical -- I've always said

17   guidelines and guideline enhancements are

18   based upon a technical reading of these

19   things.  It's not -- this is not a what I

20   think ought to happen or anything like

21   that, or do I think, you know, five points

22   for this is a lot.  It is based on

23   technical- -- so I find that this is

24   proper here, and that the proper guideline

25   ranges is 292 to 365.

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM   Document 45   Filed 02/10/17   Page 16 of 59

1      So I'll hear from everyone on

2   sentencing at this time.

3      MR. THORNELOE:  Your Honor, I'm sorry

4   you're correct, I was going to say that

5   the guideline will be 360, but this isn't

6   production technically.

7      THE COURT:  Right.  It's under three.

8   Exactly.  It is not -- he did -- what he

9   did was he enticed a minor to produce a

10  picture, but at first she didn't produce.

11  She did send him the picture.  But she had

12  actually done the production earlier,

13  possibly for someone else, that we don't

14  know.  But later, yes, she did a new

15  production.  And then number two did a

16  production at his request.

17     MR. THORNELOE:  And we very

18  purposefully wrote the factual basis to be

19  clear that what he's responsible for as

20  production versus what may have already

21  existed.

22     THE COURT:  Exactly.  It is very

23  clear to me in there.  It is very clear

24  that as to what the facts are.  Still

25  very, very vague because of the direct

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 17 of 59

1   contact with that -- the high school --

2   high school boys and girls don't have

3   their minds fully formed, and they can't

4   realize -- they can't realize -- they

5   don't get fully formed until they're

6   almost 30, and to not realize when they

7   started doing this stuff, it could be out

8   there forever.  It could be out there

9   forever, when they have their families and

10  all that, all this stuff could be there

11  forever.

12        Now, there is some adults that,

13  apparently, their minds are never fully

14  formed and they do that sort of thing.

15        You have to try to protect that --

16  you have to protect the smallest and the

17  weakest.

18        All right.  Let me hear from the

19  defense on sentencing in this case.

20        I'm considering the possibility of

21  not including the two levels for the

22  computer, or doing a variance because of

23  that, because it's in every case.  It's in

24  every single case it's an enhancement.

25  And I can't imagine how we could have a

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 18 of 59

1  case in the modern times that does not

2  include a computer.

3      MR. ATKINS:  Correct, your Honor.

4      THE COURT:  That is the enhancement

5  that almost every judge says that they

6  don't like.  Then there is a variance.

7  Some judges think that some of the -- the

8  number of images is -- is a big problem.

9      This is not an image case.  This is a

10  -- this is a direct sexual act case.  But

11  I know -- I can see exactly how it

12  happened.  And the facts of it are that it

13  barely adds with -- it barely gets there

14  with the five-level.  Mr. Thorneloe is

15  right.  It is a -- it meets this

16  guideline.  I understand "may" is in

17  there, but this is more than one.  This

18  was getting -- this appeared to be that

19  left unchecked, there might have been a

20  CV3, 4, 5.  So it was moving on.  New

21  people came into the school.

22      MR. ATKINS:  Thank you, your Honor.

23  And I certainly understand the Court's

24  ruling on that.

25      Your Honor, if I could move on to

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 19 of 59

1  address my sentencing memo and why,

2  especially in light of the Court's

3  findings that five-level enhancement does

4  apply, as you know, when you get into the

5  range of anything over level 30, every

6  step up is a big jump.  It's not like when

7  you're at 1 through 15.  Each level might

8  be five or six months.  We are talking

9  about multiple years' difference here,

10 your Honor.

11     And I want to start off, Judge, by

12 saying that Ben definitely regrets being

13 here before you today.  He is ashamed,

14 ashamed for his family, and his kids, and

15 what they've had to go through.  And you

16 will hear from him briefly a bit later,

17 your Honor.  He has prepared a statement,

18 if the Court will allow.

19     So I am going to talk to you about

20 the 3553(a) factors of what I think are

21 all over this case that would warrant a

22 downward variance.

23     I'm not going to repeat my entire

24 sentencing memo again.  I know the Court's

25 read it.  I know you've read the great

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 20 of 59

1   letters that were sent forth from his

2   family and Navy buddies.  Judge, what I

3   would like to do is highlight the most

4   important in my mind, for the record,

5   Judge.

6       And I think it starts off with the

7   nature and circumstances of this offense,

8   your Honor.

9       You already touched on some of this

10  Judge.  In all total there is six images,

11  four from CV1, two from CV2 that could be

12  considered child pornography, Judge.  So

13  it's not in the amount of images in cases

14  that this Court sees often.  It's very low

15  on -- on the spectrum as far as that goes,

16  your Honor.  So I think that is something

17  worth noting.

18      In addition, Judge, there is no

19  alleged direct contact outside of, I

20  guess, meeting each other in the school,

21  with the second CV2.  CV1 has alleged

22  kissing incident, Judge, but overall there

23  is no alleged direct sexual contact, as

24  you see lots of times in these cases,

25  unfortunately.  So I think that is

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 21 of 59

1  something that warrants consideration for

2  a downward variance.

3       In addition, Judge, I think, like you

4  said, obviously high school kids don't

5  have their brains fully formed.  They will

6  do dumb things, and legally are not

7  allowed to consent to anything, but I do

8  think it's noted that the ages of the two

9  victims are 15 and 17.  We are not talking

10  about prepubescent kids.  We're not

11  talking about little bitty kids, or

12  toddlers, or anything like that.  And

13  relative to the cases that, unfortunately,

14  you have to deal with.  I think this puts

15  this case at the lowest end of the

16  spectrum on that as well, Judge.

17       In addition, there is no evidence

18  that Johnson ever disseminated these

19  images, shared them, showed them to any of

20  his buddies, anything of that nature.  In

21  fact, they were in the deep recesses of

22  his phone so far that on the initial

23  search warrant, nothing was even found.

24       It was later on when new technology

25  was developed, that Tony Johnson at APD

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 22 of 59

1   was able to pull these out of his deep

2   discarded memory cache, Judge.

3       So he doesn't have all this stuff on

4   his computer.  He's not out there

5   spreading it.  He's not sharing it from

6   phone to phone.  And there's probably a

7   good reason for that.  He is married with

8   four children, Judge.  And obviously, I am

9   not condoning that, but I think in the

10  light of a lot of these cases that you see

11  of this nature, that should be taken of

12  note here, your Honor.

13      I would like to also turn around,

14  Judge, and address his history and

15  characteristics.  Obviously, he doesn't

16  have any criminal history whatsoever, not

17  even a speeding ticket, I'm aware of, your

18  Honor.  The only charges he ever faced

19  were the state charges that were directly

20  related to this that were dismissed, once

21  he entered a guilty plea.

22      He did serve his country, Judge, for

23  19 years, 11 months and one week.  You saw

24  my collateral consequences section.  Why

25  that is relevant:  His family is going to

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 23 of 59

1  be left with nothing now.  No benefits.

2  No future retirement.  It's all gone.

3      That kind of time and service to our

4  country, completely forgotten, erased and

5  even condemned by the government, Judge,

6  based on some -- I think Ben will tell you

7  -- idiotic and selfish actions on his

8  part.  I think do it's notable that he did

9  spend that much time serving our nation in

10  the Navy, Judge.

11      During that time -- during that

12  almost 20-year career he did accumulate

13  over 20 commendations.  We listed all

14  those in the presentence report.

15      He has long been the center of

16  support for his family, his extended

17  family.  Chantel talked to you very

18  vividly in her letter about the situation

19  he helped pull her out of.  Sean, his

20  buddy, and former recruiting cohort,

21  talked to you about the situation with his

22  son and her child and the things that Ben

23  did for them, Judge.

24      I think you see in these letters a

25  pattern that in the history of Ben's life,

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 24 of 59

1   this is all very uncharacteristic of who

2   he is as a person, Judge.

3        I think that ties into the next part

4   of 3553(a), Judge, is the need for, to

5   show the severity of this offense and the

6   just punishment.  Those are built into the

7   statutory guidelines.

8        You know, he could be a level 10.

9   The Court's got to give him 10 years

10  incarceration minimum.  That is a very,

11  very serious sentence for someone who has

12  never been in jail before.

13       I know we see cases that give out 20,

14  25-year sentences in these cases all the

15  time.  But for someone who has never been

16  in trouble in his life, has the reputation

17  and background that Benjamin Johnson has,

18  10 years in a federal prison is a very

19  serious sentence.  It's very just, I

20  think, in a case like this, as reflected

21  by the statutory minimum.

22       Your Honor, I do think it's fitting,

23  and would fit that 3553(a) factor, which

24  the Court must consider in fashioning a

25  sentence for him, Judge.

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 25 of 59

1     As far as specific and general

2  deterrence, your Honor, generally I think

3  it is very evident that anybody who

4  commits a crime of these natures are going

5  to be suffering some dire consequences.

6  Courts are limited in what they can do in

7  these cases.  Obviously probation is not a

8  valid or viable punishment.  They're

9  looking at serious, long-term minimum

10  incarceration sentences.  And I think that

11  exists.

12     But specifically for Ben, this has

13  completely ruined his life.  It's ruined

14  his family's life.  They are going to be

15  dealing with this for at least a decade

16  and years after that.  He is going to have

17  to register, presumably, for the rest of

18  his life.  That is going to follow him

19  around at every neighborhood he goes to,

20  every community they try to establish

21  himself in.  Any job he tries to get,

22  Judge.

23     So these are all very specific

24  deterrences, outside of the fact he is at

25  least going to be out of society for the

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 26 of 59

 1  next decade.  I think that is all

 2  reflected, in a sense, that we are

 3  requesting.

 4      Your Honor, I did try to look for --

 5  and I had Federal Defender's Office help

 6  me, for cases similar to this one that

 7  this Court sentenced.  Obviously, one of

 8  the things that you are to consider under

 9  3553(a) is the sentencing disparities

10  amongst similarly situated defendants.

11      Quite frankly, I could not find one.

12  There is not a similar fact and

13  circumstance that this court has seen.

14      The closest thing I could see in what

15  had been charged/pled to the Court had

16  sentenced someone was the case of Martin

17  Meggett, which the Court sentenced earlier

18  this year.  That's 15 CR 89 -- I believe

19  it was -- 3:15 CR 89.

20      And Mr. Meggett was charged with

21  coercion and enticement of a minor, just

22  like Mr. Johnson's pled to in this case.

23  But he ultimately pled to one count of sex

24  trafficking with child by force, fraud or

25  for coercion.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 27 of 59

1          The reason that case is similar is

2     the age of the girl is similar.  She's a

3     teenager, Judge.  But where it is

4     dissimilar, and I think more severe than

5     what Benjamin did is that he was actively

6     engaged in child prostitution with this

7     girl.  And she was giving him money, in

8     essence acting as a pimp to her, I

9     believe, from the fact pattern I read.

10          In that case this Court sentenced him

11     to 120 months, your Honor.

12          While what Ben did is extremely

13     serious, and should be taken into

14     consideration, all these factors, I don't

15     think it is more serious than child

16     prostitution, and therefore, I do think he

17     should not be sentenced more harshly than

18     Mr. Megget was in that 120-month sentence,

19     your Honor.

20          The government, in their sentencing

21     memorandum said they don't think it should

22     be less than 180 months, Judge.  And I

23     think that is actually the ceiling for

24     this case.  I don't think it should be any

25     harsher than that.  And I do think the

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 28 of 59

1 minimum accomplishes all the goals of

2 3553(a), Judge, along with the collateral

3 consequences.

4       A lot of courts are starting to take

5 into consideration these days, us defense

6 attorneys like to call it collateral

7 punishment, because that is what it is.

8 The person's punished well beyond what the

9 Court actually does here in court today

10 once they are out.

11       I don't know if the Court has had a

12 chance to read that opinion from Judge

13 Block in New York, but it's like

14 50-page article -- and it's in a simple

15 cocaine trafficking felony cocaine case.

16 I do think the facts, as I listed them

17 there, Judge, again, I'm not going to go

18 through all of them.

19       THE COURT:  Judges have all kinds of

20 opinions.  You can go to the Southern

21 District of Georgia and they vary

22 5 percent of the time.

23       If you go to the District of

24 Massachusetts, and it is a varying -- they

25 vary almost all the time.  It just depends

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 29 of 59

1  on where you are.

2      MR. ATKINS:  Certainly, Judge.

3      THE COURT:  I have specific things

4  that I look at.

5      This one is real horrible for me

6  because, as you said, there really is not

7  anything that I have, and there was not --

8  that they did not reach the point where

9  they were engaging in sex.

10     MR. ATKINS:  Correct, your Honor.

11  Your Honor, I hope the Court would

12  consider the letters that were sent.  I

13  think they were all heartfelt.  I think

14  they were honest.  I don't think they ran

15  away from the fact that Benjamin accepts

16  responsibility for this and what he did

17  was wrong.

18     But again, his life is ruined from

19  this point forward, you know, and the

20  minimum, certainly, while seemingly might

21  not be that harsh in light of this

22  guideline range that he's looking at, I do

23  think it's fitting.  I do think it is

24  appropriate for Ben particularly, and I

25  think that all the reasons that we have

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 30 of 59

1   listed and discussed here today make it

2   that way.

3        You know, I think if we did have a

4   five-level enhancement, which the Court

5   did agree barely fits, but I guess it does

6   fit, if we did have that, I would not be

7   asking about a two or three-level variance

8   downward.  But since we are considering

9   that, Judge, it is a pretty large

10  variance.  But I do think this is the one

11  case, because it is so unique, and because

12  we don't see cases like this in federal

13  court every day, low number of images like

14  this, there was no sexual contact, things

15  like that, Judge, I do think it does

16  deserve the minimum, the statutory minimum

17  of 120 months, and that is what we'll be

18  requesting here today.

19       THE COURT:  Let me hear from the

20  defendant.  Anything you wish to say,

21  Mr. Johnson?

22       MR. JOHNSON:  Yes, your Honor.  Your

23  Honor, there aren't really words to

24  describe my feelings about all of this.

25  But I do know I have hurt -- I have

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 31 of 59

1  betrayed my wife, my children.  Betrayed

2  my family and friends.  I hurt innocent

3  people.

4       I placed the United States Navy in a

5  very bad limelight that they did not

6  deserve.  My own selfishness, my lack of

7  maturity, and those egregious mistakes

8  have personally scarred my own life.  I

9  allowed myself to slip, and I am

10  regretfully sorry for all the damage that

11  I brought.

12       I only wish to be reunited with -- in

13  the loving arms of my family as soon as

14  possible.  And make the best of the time

15  that I do have to do while I'm away.

16       In a sense, I'm looking at this as my

17  final deployment, which is by far, the

18  worst thing that anyone ever has to do in

19  the military.

20       Unfortunately, the ones that suffer

21  out of all this the most are the spouse

22  and children.

23       Thank you for listening to me, and

24  for taking the words of my friends and my

25  family into account.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 32 of 59

1     THE COURT:  Thank you.

2     MR. THORNELOE:  Thank your, Honor.  I

3  very much hope we don't see a case quite

4  like this again.  It is very disturbing to

5  every member of this prosecution team.  It

6  affects a lot of veterans in this room

7  here today, everybody sitting here over.

8  So we have an understanding of what's at

9  stake in a case like this, I think.

10     Early on in this case, I had been

11  talking to the Navy.  And there was a

12  choice to make about whether this should

13  proceed as a court martial, because he was

14  an active duty service member, or we would

15  come here.  And the Navy entrusted us to

16  proceed with this case, that we would do

17  the right thing.

18     THE COURT:  What would they have done

19  in a court martial?

20     MR. THORNELOE:  Your Honor, I can't

21  say for sure, because there is some

22  discretion here, and it's prosecutorial

23  discretion just like anywhere else.  But

24  more likely than not, there would have

25  been a general court martial, which is the

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 33 of 59

1   military equivalent of a felony level

2   trial.

3       And you would have penalties --

4   possible penalties that are similar to

5   what we have here.  And sex offender

6   registrations, the same federal sex

7   offender registration that we have here.

8   An individual can go to a military prison.

9   Although, at times, individuals do go to

10  the DOP --

11      THE COURT:  Do you know what the

12  sentence would be in state court, if this

13  case was brought into state court for the

14  actions here?  Because you don't have any

15  direct physical sex that has happened.  We

16  have sexually related production of

17  pictures that are sent back and forth.

18      MR. THORNELOE:  Your Honor, I can't

19  say that I've run that calculation here

20  for the courts.  I don't want to take a

21  guess, because if I'm wrong, I don't think

22  I have been helpful.  So I don't want to

23  guess at that.

24      I suspect Mr. Atkins will want to

25  pipe up and chime in on this in a moment.

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 34 of 59

1    But I suspect less.  It's not common for

2    federal child pornography related charges

3    to come -- or child pornography charges to

4    come here, because they are more severe --

5         THE COURT:  Sometimes -- sometimes if

6    the pictures of whatever happened, if it

7    actually happened, sometimes, unless it's

8    just really a sexual act with a minor will

9    receive less -- less time for the actual

10   indecent liberties received for taking a

11   picture with -- can will receive less in

12   state court than pictures will.

13        MR. THORNELOE:  Yes, your Honor.  We

14   can certainly come up with those examples

15   of 17-year olds who are at age of consent

16   and things along those lines.

17        THE COURT:  I understand.

18        MR. ATKINS:  Judge, I will tell you

19   the presumptive range if he would have

20   been offered a standard plea offer in

21   those cases, which I never received one

22   because they anticipated going federal,

23   but the sexual exploitation of a minor,

24   which will be state equivalent of the

25   exchange of pictures with someone

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 35 of 59

1  underage, would have been a class C; I

2  think you're looking at about five or six

3  years active, somewhere in that range,

4  if -- for one count.  So I don't know how

5  many --

6      THE COURT:  It's going to be a lot

7  more than that.

8      What I'm trying to do is put all this

9  in perspective, because we want to avoid

10  unwarranted sentencing disparity.  I try

11  to definitely do it in my cases.  I can't

12  listen to New York or Massachusetts

13  because they are not helpful to me, but

14  neither is the Southern District of

15  Georgia.  I try to be somewhere -- try to

16  listen to all and try to figure out what

17  the right of this is.  All these sentences

18  are big -- are huge.

19      The thing that goes through the

20  Court's mind in trying to fashion the

21  right sentence is, is this going to be a

22  recidivist?  Does he have such a problem?

23  And I don't know what the answer to that

24  is.  There's no actual -- even though

25  there appear to be a number of

www.huseby.com      Huseby, Inc.  Regional Centers      800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 36 of 59

1  opportunities to have sex or to try to

2  lure someone to have sex, he really never

3  did that.  Never did have sex.

4      He took one girl on a trip, and there

5  was a suspicion that there was another

6  trip coming up that might have -- but

7  nothing happened on these of a full sexual

8  nature.  I think there was some kissing or

9  something.

10      MR. THORNELOE:  That is correct, your

11  Honor.  We don't allege that a completed

12  sexual act occurred.

13      THE COURT:  Tell me what you think is

14  fair in this.  I know you think the

15  guidelines are okay.  I think that the

16  five points are really -- in this

17  particular case -- is a pretty big hammer.

18  I think there is something -- that some of

19  that ought to be on there, but I'm not --

20  that is huge -- and that goes up from that

21  particular five-point enhancement -- five

22  itself goes from a low end of 168 months,

23  which is 14 years, and jumps him up to

24  about 25 years on the low end.  This is a

25  10-year jump.

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 37 of 59

1          MR. THORNELOE:  Yes, your Honor.  And

2     I see that, your Honor, but I also see

3     that the guidelines are looking for

4     defendants who have more than one

5     indiscretion.  They are looking for people

6     who have multiple victims that do

7     something like this over a period of time.

8     And we do see that over a period of time

9     that this occurred.  And it was --

10          THE COURT:  You set that out very

11    fairly in there.  The factual basis in

12    here is very fair.  Puts everything in

13    there.  You're not trying to make anybody

14    out to be anything that they are not.

15          MR. THORNELOE:  Thank you, your

16    Honor.

17          I do want to point out that with

18    respect to the defendant's service to the

19    Navy, and where that -- what that -- how

20    the Court should take that into account --

21    well, I will say the Navy took that into

22    account.

23          The Navy had an administrative

24    hearing and found that on the whole, his

25    career is to be characterized as "Other

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 38 of 59

1   Than Honorable."  That is their opinion.

2   That is where he landed.  And that is the

3   most severe thing that they could do to

4   him without the court martial.  That is

5   the most severe discharge that they could

6   give him.  Entrusted us to take the

7   criminal piece additional step.

8        And as for how we should regard what

9   this means to his family, well, one way to

10  look at that is his family is punished for

11  this.  But another way to look at it is he

12  full well knew that that could be the

13  result.  And he committed a selfish act

14  that had a consequence of betraying his

15  family.  And that is not an honorable

16  thing.

17       The Court, I don't think, should

18  necessarily consider that the family is

19  along for the ride.  That is a tragic

20  thing.  And I have sympathy for the family

21  who is involved in this.  They are

22  innocent in every way.

23       But that is part of being an adult.

24  That's part of being a man, and providing

25  for your family, that you would not do a

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM   Document 45   Filed 02/10/17   Page 39 of 59

1   thing like that to them.

2       Your Honor, with respect to what we

3   should do here.  We have to consider the

4   victims in this case.  There are two of

5   them.  They are not here today.  This has

6   been a hard road for them.

7       One thing that's, I think, important

8   for the Court to know about these two

9   girls in this case is these weren't the

10  girl next door with mom and dad at home

11  and everything going right for them.  I

12  don't think that is just a coincidence.

13  Sometimes those types of victims can be

14  the most easy prey.

15      And since this has happened, they are

16  not doing better.  Life is not on a good

17  trajectory.  They chose not to be here

18  today.  They are trying to put this behind

19  them.  To them, this was three years ago.

20  To a teenager, that's a lifetime.  I hope

21  they can put this behind them and do

22  better one day.  But I can't stand here

23  and tell you this has been an easy road

24  for them and they are on a good

25  trajectory.

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM   Document 45   Filed 02/10/17   Page 40 of 59

1    Your Honor, with respect to what this

2  is worth, we do think that the plus five,

3  maybe you will find it's a little

4  weightier than it should be, but we do

5  think it distinguishes him to some degree

6  from other individuals who committed only

7  one offense, because that's not him.

8  There is a course of conduct here.  There

9  is not just one day, or one moment, or one

10  e-mail.  So we think you should consider

11  it some.

12    We looked at other cases.  We did the

13  best we could as well.

14    I stood with you when Jason Brown

15  came before the Court.  He did some really

16  bad things, and you gave him 240 months.

17  Can I say that what this defendant did is

18  worse?  Maybe not.  But it's a lot

19  different.  So I think --

20    THE COURT:  It's worth a significant

21  sentence.  There is no question about it.

22    MR. THORNELOE:  So your Honor, as I

23  said in my sentencing memorandum, we think

24  that 180 months should be the least

25  sentence you should give.  We do not

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM   Document 45   Filed 02/10/17   Page 41 of 59

1  abandon the guidelines.  We think that the

2  points are fairly deserved here today.

3  They're articulated in the guidelines as

4  being appropriate to apply, and we ask

5  your Honor to take the things that we've

6  offered to you into consideration.

7      The letter from the commander of the

8  defendant, I think spoke as well as anyone

9  could about the impact on the Navy.  There

10  is an impact on national security, and

11  there's a betrayal of trust to the

12  children in the community by doing what

13  this defendant did.

14      So your Honor, we ask impose a fair

15  sentence, and we will leave it at that.  I

16  do ask that you impose a lifetime of

17  supervised release.

18      THE COURT:  That will happen.

19      MR. THORNELOE:  Thank you, your

20  Honor.

21      With that, that is all the government

22  has.  Thank you.

23      THE COURT:  There are a couple of

24  things in here that this Court is

25  considering in what I would vary from the

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 42 of 59

1  guideline in this particular case, which

2  is 292 to 200- -- to 365 months, which is

3  north of 30 years.  And I have been in

4  this business a long time, and I have seen

5  people charged with murder get less than

6  30 years.

7      So I'm trying to figure the just

8  punishment for this and the deterrent

9  effect of this activity, since it seems

10  that so many people think that this is a

11  good idea to send this stuff around.  It

12  is just breathtaking that you people think

13  this is a good idea.

14      But these are tough sentences, which

15  is why I vary a lot, and Mr. Thorneloe

16  knows this, in cases which just involved

17  photographs, even when there is a lot of

18  them, where there is no evidence of any

19  physical activity.

20      This really is a direct sex crime,

21  which has been aggravated by the fact that

22  these pictures were passed back and forth.

23      I realize that the state would have

24  been way, way less.  That does impact the

25  Court's thought process in this because it

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 43 of 59

1   does matter who takes these cases.  But --
2   but this is a federal case with federal
3   sentencing guidelines and the Court does
4   respect those guidelines.
5       The things that are impacting are
6   number one, the two-level, two levels for
7   the computer.  And the total of five
8   levels, which comes up because there were
9   two individuals whose photographs were
10  shared.
11      Once again, no -- no sexual activity
12  was involved within either of these
13  victims.
14      So I'm trying to figure out where the
15  right of that comes in.  If the five
16  points weren't there, it would be a 1- --
17  and the computer was there -- it would be
18  168 to 210.
19      If the computer was there, it would
20  be 135 to 168.  And that would be too
21  much.  And the 168 to 210 appears, in this
22  case, to probably be an awful big stretch
23  to get out of this.  So what do I?
24      The Court is going to do, considering
25  what an appropriate sentence ought to be

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 44 of 59

1  in this case, is vary.  And considering

2  its variance is considering the two levels

3  of computer use, which is almost always

4  indeed computer/phone use.

5      And then considering the fact that

6  with the five levels and all that is in

7  there, the Court is going to vary for both

8  or all those things together, considering

9  3553(a) factors, which do, as bad as this

10  was with regard to his -- to the fact that

11  he was in the Navy, the fact that he has

12  served this country.  The fact that he has

13  no criminal record.  The fact that he has

14  done all these commendations.  You get

15  something for the good that you have done.

16  He is getting a lot for the bad he has

17  done.  But you get something for the good

18  that you have done, before you did these

19  things.

20      The Court has -- why -- why there was

21  this move in this direction, I do not

22  know.  But in looking at everything, I

23  believe a strong deterrent sentence can be

24  had here, which will provide just

25  punishment for this defendant for the

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 45 of 59

1  offense that was committed, which will

2  promote respect for the law, which will

3  take into consideration all the good

4  things that the defendant has done.  Will

5  also protect the public from further

6  crimes of this defendant, both during the

7  time he is in prison and during the rest

8  of his life when he's on supervisory

9  release for life.

10      And will also deter anybody else who

11  thinks this is a good idea.  If you look

12  at these fact situations in this

13  particular case, the sentence that is

14  going to be given here today, if that

15  doesn't deter someone else, then they

16  probably need a life sentence because they

17  are not going to be deterred by anything.

18  These are big sentences.  This is going to

19  be a big sentence.

20      I appreciate the government for

21  bringing it.  I appreciate the

22  investigators for doing the work that they

23  did on this.  The question is, what is the

24  right thing, is really what it comes down

25  to.  And they put me here because I get to

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 46 of 59

1  try to figure it out between all this.

2      So the range that I'm going to put it

3  in -- I have to figure out where I'm going

4  to sentence in that range.  I'm going to

5  vary down to level 36, which is a range of

6  188 to 235 months, which is a little north

7  of 15 years, to just under 20.  And I'm

8  going to sentence in there, considering

9  all of these factors.

10     I haven't decided yet exactly what

11 sentence I'm going to give.  I'm going to

12 think about it here for a minute.  It is

13 also to avoid unwarranted sentencing

14 disparity of other similar situated

15 defendants.  Although, the Court has not

16 had anything exactly like this.  In

17 comparing the Brown case to some others

18 that I have had, I think this -- this fits

19 in appropriately with that sentence.

20     Also, I do take into some

21 consideration what would happen in

22 Buncombe County, North Carolina if this

23 case was in the state courts.  That also

24 brings it down some, but I can't go

25 anywhere near where the states gives on

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 47 of 59

1    this.  It's just not -- it's a serious

2    matter.  And congress has said that it's a

3    serious matter.  These guidelines are

4    thought about back and forth between

5    defense attorneys, prosecutors and

6    everybody else.  And there's some things

7    in here sometimes that go -- that go a

8    little bit harsher than they should

9    because they allow the judges to take care

10   of those, and I think I'm doing that

11   appropriately under all circumstances.

12          All right stand up, please, sir.

13          (Defendant complies)

14          THE COURT:  Pursuant to the

15   Sentencing Reform Act of 1984 USC

16   Booker -- and another thing that has come

17   into this is the fact that there was no

18   sex that actually occurred in this

19   particular case.

20          Pursuant to the Sentencing Reform Act

21   of 1984 in USC Booker, it's the judgment

22   of the Court having considered the factors

23   noted in 18 United States Code Section

24   3553(a), the defendant Benjamin Ernest

25   Johnson is hereby committed to the custody

Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 48 of 59

1    of the United States Bureau of Prisons for

2    a term of 204 months, 17 years.

3        The Court recommends that the

4    defendant participate in a sex offender

5    treatment program while incarcerated, if

6    eligible.  Medical treatment while

7    incarcerated is recommended.

8        It's further ordered the defendant be

9    required to support all dependents from

10   prison while he's incarcerated, as

11   outlined in the presentence report.

12       Upon release of prison, the defendant

13   shall be placed on supervised release for

14   a term of life.  Within 72 hours of

15   release from the custody of the Bureau or

16   Prisons, defendant shall report in person

17   to the probation offices in the district

18   which the defendant is released.

19       While on supervised release the

20   defendant shall not commit another

21   federal, state or local crime, and should

22   comply with the standard conditions that

23   are adopted by the court in the Western

24   District of North Carolina, and shall

25   comply with the following additional

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 49 of 59

1  conditions:  Defendant shall have no

2  direct or indirect contact at any time,

3  for any reason, with the victims of this

4  offense, the victim's family or the

5  affected parties in this matter unless

6  provided with specific written

7  authorization to do so in advance by the

8  U.S. Probation Officer.

9      The defendant shall submit to a

10  psychosexual evaluation by a qualified

11  mental health professional experienced in

12  evaluating or managing sexual offenders as

13  approved by the United States Probation

14  Office.

15      The defendant shall complete

16  treatment recommendations and abide by all

17  the rules, requirements and conditions of

18  the program until discharged.

19      The defendant shall take all

20  medications as prescribed.

21      Defendant shall submit to risk

22  assessment, psychological and

23  physiological testing, which may include

24  and is not limited to a polygraph

25  examination and/or Computer Voice Stress

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 50 of 59

1    Analyzer, CVSA, or other specific tests to

2    monitor the defendant's compliance with

3    supervised release of treatment conditions

4    at the direction of U.S. Probation

5    Officer.

6        The defendant's residence and

7    employment shall be approved by the U.S.

8    Probation Officer.  Any proposed change in

9    the residence or employment must be

10   provided to the U.S. Probation Officer at

11   least 10 days prior to the change and

12   preapproved before the change may take

13   place.

14       Defendant shall not possess any

15   materials depicting and/or describing

16   child pornography and/or simulate child

17   pornography as defined to 18 United States

18   Code Section 2256, nor shall the defendant

19   enter any location where such materials

20   can be accessed, obtained or viewed,

21   including pictures, photographs, books

22   writings, drawings, videos, or video

23   games.

24       That is an area you will have to be

25   careful about because a lot of places that

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 51 of 59

1  have what they call legal pornography may

2  have some of this other stuff in there and

3  you're violating your supervision.

4      The defendant shall comply with the

5  requirements of the Sex Offender

6  Registration and Notification Act, 14

7  United States Code Section 16901 and those

8  that follow.

9      As directed by the probation officer,

10  the Bureau of Prisons or any state sex

11  offender registration agency in which the

12  defendant resides, works, is a student or

13  was convicted of a qualifying offense.

14      The following conditions are ordered

15  to address specific needs and/or risk that

16  are determined by the defendant's criminal

17  history and/or offense history.

18      Defendant shall not associate or have

19  verbal, written, telephonic or electronic

20  communication with any person under the

21  age of 18, except in the presence of the

22  parent or legal guardian of said minor.

23  It's a condition that the defendant

24  notifies the parent or legal guardian of

25  their conviction or prior history and has

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 52 of 59

1  a written approval from U.S. Probation

2  Officer.  This provision does not

3  encompass persons under the age of 18,

4  such as waiters, cashiers, ticket vendors,

5  et cetera, with whom the defendants deal

6  with in order to obtain ordinary and usual

7  commercial services.

8       Defendant shall not use, purchase,

9  possess or procure or otherwise obtain any

10  computer or electronic devices that can be

11  linked in to computer networks, bulletin

12  boards, internet, internet service

13  providers or exchange formats involving

14  computers unless approved by the United

15  States Probation Officer.  Such computers,

16  computer hardware, software is subject to

17  warrant, searches and/or seizures by the

18  US Probation Officer.

19       To the extent that the probation

20  office can monitor these matters,

21  probation officer should allow him to have

22  these items, as long as they can be

23  monitored.

24       I have no idea what will happen over

25  the next years.  It will certainly be

www.huseby.com        Huseby, Inc. Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 53 of 59

1   changing in all of the -- that needs -- I

2   would like this judgment to be able to

3   be -- to be agile enough to deal with this

4   defendant when he is put on supervision.

5        And shall allow the US Probation

6   Officer or other designee to install

7   software designed to monitor computer

8   activities on any computer defendant is

9   authorized to use.  This may include and

10  is not limited to software that may record

11  any and all activities on computers the

12  defendant may use to include the capture

13  of keystrokes, application information

14  internet use history, e-mail

15  correspondence, and check conversations.

16       Defendant should pay any costs

17  related to monitoring computer usage.  And

18  shall not use or have installed any

19  programs specifically and solely designed

20  to encrypt data, file folders and volumes

21  of any media.

22       Defendant shall, upon request,

23  immediately provide the probation officer,

24  with any and all passwords required to

25  access data compressed or encrypted for

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 54 of 59

1  storage by any software.

2      Defendant shall provide a complete

3  record of all passwords, internet service

4  providers, e-mail addresses, e-mail

5  accounts, screen names, et cetera, past

6  and present to the probation officer and

7  shall not make any changes without the

8  prior approval of US probation officer.

9      Defendant shall not use, possess or

10  control any linux accounts or tools.

11      Defendant shall not have any social

12  networking accounts without the approval

13  of the US probation officer.

14      It is ordered that the defendant

15  shall pay the United States a special

16  assessment of $100.

17      The Court finds the defendant doesn't

18  have the ability to pay a fine or

19  interest.  The Court, having considered

20  the facts that it is noted in 18 United

21  States Code Section 3572(a) will waive

22  payment of fine or interest in this case.

23      The defendant will forfeit the

24  defendant's interest in any properties

25  identified by the United States.

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 55 of 59

1      Payment of the criminal monetary

2    shall be due and payable immediately.  The

3    Court has considered the financial and

4    other information contained in the

5    presentencing report and finds the

6    following is feasible:

7      If the defendant is unable to pay any

8    monetary penalties immediately, during the

9    period, the payment shall be made to the

10    Federal Bureau of Prisons.  Upon release

11    of imprisonment any remaining balance

12    shall be paid in monthly installments of

13    no less than $50 commencing within 60 days

14    to be paid in full.

15      Throughout the period of supervision,

16    the probation officer shall monitor the

17    defendant's economic circumstances.  And

18    shall report to the Court with

19    recommendations as warranted and any

20    material changes that affect defendant's

21    ability to pay.

22      Is there any legal reason why this

23    sentence in this case should not be as

24    stated, from the defense?

25      MR. ATKINS:  No, your Honor.

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 56 of 59

1        MR. THORNELOE:  No, your Honor.

2        THE COURT:  Okay.  That is the

3    sentence.  Very sad case.

4        Sir, you have a right to appeal your

5    conviction and this sentence before the

6    Circuit Court of Appeals.  Any notice of

7    appeal is to be filed within 14 days from

8    written entry of judgment in this case.

9        If you're unable to pay for the cost

10   of an appeal you may apply for leave to

11   appeal at no cost to you.  If you so

12   request the clerk of the court will

13   prepare and file a notice of appeal on

14   your behalf.

15       I recommend you speak to your

16   excellent counsel about these appellate

17   rights, and whether in this circumstance

18   you wish to exercise them.

19       You have entered a plea agreement,

20   and possibly have given up some of those

21   rights as part of that contract.

22       But do you understand your appellate

23   rights as I just explained them to you?

24       MR. JOHNSON:  Yes, your Honor.

25       THE COURT:  Anything further from the

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 1:16-cr-00006-MOC-WCM  Document 45  Filed 02/10/17  Page 57 of 59

1    defense?

2         MR. ATKINS:  No, your Honor.

3         THE COURT:  Anything further from

4    government?

5         MR. THORNELOE:  Yes, your Honor.

6    Government moves to dismiss Counts 1, 3

7    and 4 --

8         THE COURT:  Dismissed.

9         This matter is concluded.  Thank you.

10        (Proceedings adjourned at 3:13 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:16-cr-00006-MOC-WCM   Document 45   Filed 02/10/17   Page 58 of 59

```
 1              CERTIFICATE

 2         NORTH CAROLINA

 3

 4              I, the undersigned

 5   authority, hereby certify that the foregoing

 6   transcript, page 1 through 58 is a true and

 7   correct transcription of my stenographic

 8   notes, taken before me at the time and place

 9   set forth on the title page  hereof.

10              I further certify that said

11   witness was duly sworn by me according to

12   law.

13              I further certify that I am

14   not of counsel to any of the parties to said

15   cause or otherwise interested in the event

16   thereof.

17              IN WITNESS WHEREOF I

18   hereunto set my hand and affix official seal

19   this 5th day of February, 2017.

20

21   _____

22   RANDI GARCIA, COURT REPORTER, RPR

23   NOTARY PUBLIC

24

25
```

Case 1:16-cr-00006-MOC-WCM   Document 45   Filed 02/10/17   Page 59 of 59